### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| DONALD MCCABE | ) **CIVIL ACTION NO.** |
| | )   4:11-cv-03542-RBH |
| | ) |
| Plaintiff, | ) |
| | ) **NOTICE OF DISMISSAL** |
| | ) |
| vs. | ) |
| | ) |
| FIRST SOURCE ADVANTAGE, LLC | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff has filed with the Clerk of the District Court of South Carolina Plaintiff's Notice of Voluntary Dismissal of Case With Prejudice.

DATED this 27th day of January, 2012.

                                      Respectfully submitted,

                                      /s/ Holly E. Dowd
                                      Holly E. Dowd (S.C. Bar No. 77897)
                                      Weisberg & Meyers, LLC
                                      409A Wakefield Dr.
                                      Charlotte, NC 28209
                                      (888) 595-9111 ext. 260
                                      (866) 565-1327 (fax)
                                      hdowd@attorneysforconsumers.com
                                      ATTORNEYS FOR PLAINTIFF

Notice Filed electronically on this 27th day of January, 2012, with:

United States District Court CM/ECF system

s/Dana Patch
Dana Patch

1